**Order entered July 13, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00300-CV

### LYNNE DUGGAN, Appellant

### V.

### TANGLEWOOD VILLA OWNERS ASSOCIATION, INC., ET AL., Appellees

**On Appeal from the County Court at Law No. 1**
**Grayson County, Texas**
**Trial Court Cause No. 2015-1-091CV**

## ORDER

Before the Court is appellant's July 6, 2016 "Partial Objection to Order Granted June 14, 2016 and Motion to Extend Time to File a Brief." Appellant contends the record is incomplete because it is missing the reporter's records from hearings conducted on January 12, 2016 and February 9, 2016. Both of these reporter's records have been filed with this Court.

Appellant also contends the original petition in the clerk's record is incomplete because it is only three pages and the petition she filed was 12 pages. We **GRANT** appellant's motion **only to the following extent**: We **ORDER** Wilma Bush, Grayson County Clerk, to file, by **JULY 25, 2016** either (1) a supplemental clerk's record containing the appellant's twelve page Original Petition for Temporary Restraining Order and Temporary Injunction or (2) written verification that the three page Original Petition for Temporary Restraining Order and Temporary Injunction

was the complete document filed by appellant.  We extend the time for appellant to file a brief to

**AUGUST 24, 2016**.

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Bush, counsel for

appellees, and appellant.

/s/     ELIZABETH LANG-MIERS
            JUSTICE